AO 93 (Rev. 11/13) Search and Seizure Warrant

# United States District Court
for the
Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

Storage Units Numbered 24 and 29 located at
2595 Niagara Falls Blvd., Niagara Falls, New York 14304

Case No. 19-mj-1083

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York *(identify the person or describe the property to be searched and give its location)*:

Storage Units Numbered 24 and 29 located at 2595 Niagara Falls Blvd., Niagara Falls, New York 14304, and containers therein, as more fully described in Attachment A hereto.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, Items to be Searched for and Seized.

All of which are evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 875(c) and Section 115(a)(1), and all of which are more particularly described in the application for this warrant which is incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___7/9/19___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Hon. Jeremiah J. McCarthy__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*.    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  June 25, 2019  2:42 PM

_____
*Judge's signature*

City and State:  Buffalo, New York

JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

| Return | | |
|---|---|---|
| Case No.: 19-mj-1083 | Date and time warrant executed: 6/25/19 2:40 pm | Copy of warrant and inventory left with: Donna Black (Property manager) One copy left in unit 29 |
| Inventory made in the presence of: | | |

Inventory of the property taken and name of any person(s) seized:

1 five gallon container labelled methanol

2 one pound containers labelled creslite Aluminum

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/25/19

_____
*Executing officer's signature*

Lawrence Brynes, Special Agent
*Printed name and title*

## Attachment A

### Property to be Searched

Storage Unit One and Storage Unit Two, and containers therein, are operated by The Storage Mall and are located at 2595 Niagara Falls Boulevard, Niagara Falls, New York 14303. Storage Unit One is numbered "24" and Storage Unit Two is numbered "29." They are depicted in the photographs below.

 

## Attachment B

### Items to be Searched For and Seized

Items comprising evidence of, or property used in committing, a violation of Title 18, United States Code, Sections 115(a)(1) and 875(c), consisting of:

1. materials, equipment, and devices for making explosives, bombs, or incendiary devices, including, but not limited to, methanol and aluminum powder.